NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of C.B., a child.

A.B.,

      Appellant,

v.                                                             Case No.    2D18-2776

DEPARTMENT OF CHILDREN and
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

      Appellees.

Opinion filed November 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Caroline Tesche
Arkin, Judge.

David A. Dee, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Ashley Grafton Cannon,
Assistant Attorney General, Tampa, for
Appellee Department of Children and
Families.

Thomasina Moore, Statewide Director of
Appeals, and Laura J. Lee, Appellate
Counsel, Tallahassee, for Appellee
Guardian ad Litem Program.

PER CURIAM.

Affirmed.

LaROSE, C.J., and SILBERMAN and BLACK, JJ., Concur.